Timothy W. Moppin (SBN 133363)
Gregory G. Iskander (SBN 200215)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415-957-3000
Facsimile: 415-957-3001
twmoppin@duanemorris.com
ggiskander@duanemorris.com

Attorneys for Defendants
Koreana Plaza Market Oakland, Inc. and Byong Yu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 3/5/07*

RICARDO MARTINE MARCOS, JOSE MORALES & JUAN GONZALEZ HERNANDEZ,

Plaintiffs,

v.

KOREANA PLAZA MARKET OAKLAND, INC., BYONG YU & DOES 1 to 10,

Defendants.

Case No. C06-07682 RMW (RS)

**STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, ADR AND RULE 26 DEADLINES**

xxxxxxxxxxxxxxxx **ORDER**

[Civil L.R. 6-2]

Complaint Filed: December 14, 2006

Current CMC: March 23, 2007
Proposed CMC: April 27, 2007

Whereas, the Complaint in this matter was filed on December 14, 2006, and served on defendants on January 12, 2007.

Whereas, the parties previously stipulated to extend the time for defendants to respond to the Complaint until March 1, 2007.

Whereas, Plaintiffs have filed a First Amended Complaint on February 26, 2007.

Whereas, the current Rule 26 and ADR deadlines and the Initial Case Management Conference occur prior to the time that Defendants must respond to the First Amended Complaint.

Whereas, counsel for Defendants, Timothy Moppin, is currently counsel in a lengthy jury trial in the Alameda County Superior Court, in the coordinated matter, *SCADA Case*s, JCCP No. 4364, that is anticipated to last through March 30, 2007. Counsels for defendants are unable to sufficiently prepare for this matter until the completion of said trial.

Therefore, Plaintiffs Ricardo Martine Marcos, Jose Morales, and Juan Gonzalez Hernandez, and Defendants Koreana Plaza Market Oakland, Inc., and Byong Yu, by and through their attorneys, hereby AGREE and STIPULATE:

1. To continue the Initial Case Management Conference, currently set for March 23, 2007, to April 27, 2007;

2. To continue all ADR and Rule 26 deadlines accordingly.

Dated: February ___, 2007

DAL BON & WANG

By:______________________________
Adam Wang

Attorneys for Plaintiffs
Marcos, Morales, and Hernandez

Dated: February 27, 2007

DUANE MORRIS LLP

By:______________________________
Timothy W. Moppin
Gregory G. Iskander

Attorneys for Defendants
Koreana Plaza Market Oakland, Inc. and Byong Yu

Whereas, the Complaint in this matter was filed on December 14, 2006, and served on defendants on January 12, 2007.

Whereas, the parties previously stipulated to extend the time for defendants to respond to the Complaint until March 1, 2007.

Whereas, Plaintiffs have filed a First Amended Complaint on February 26, 2007.

Whereas, the current Rule 26 and ADR deadlines and the Initial Case Management Conference occur prior to the time that Defendants must respond to the First Amended Complaint.

Whereas, counsel for Defendants, Timothy Moppin, is currently counsel in a lengthy jury trial in the Alameda County Superior Court, in the coordinated matter, *SCADA Cases*, JCCP No. 4364, that is anticipated to last through March 30, 2007. Counsels for defendants are unable to sufficiently prepare for this matter until the completion of said trial.

Therefore, Plaintiffs Ricardo Martine Marcos, Jose Morales, and Juan Gonzalez Hernandez, and Defendants Koreana Plaza Market Oakland, Inc., and Byong Yu, by and through their attorneys, hereby AGREE and STIPULATE:

1. To continue the Initial Case Management Conference, currently set for March 23, 2007, to April 27, 2007;

2. To continue all ADR and Rule 26 deadlines accordingly.

Dated: February 27, 2007

DAL BON & WANG

By: ______________________
Adam Wang

Attorneys for Plaintiffs
Marcos, Morales, and Hernandez

Dated: February ___, 2007

DUANE MORRIS LLP

By: ______________________
Timothy W. Moppin
Gregory G. Iskander

Attorneys for Defendants
Koreana Plaza Market Oakland, Inc. and Byong Yu

## ORDER

Upon the Stipulation of the Parties and for Good Cause appearing, the Initial Case Management Conference shall be continued from March 23, 2007, to April 27, 2007. All ADR and Rule 26 disclosures shall continue accordingly.

**SO ORDERED.**

Dated this 5 day of March, 2007

Ronald M. Whyte
Hon. Ronald M. Whyte
United States District Court Judge

DM1\755192.1