1  Timothy W. Moppin (SBN 133363)
   Gregory G. Iskander (SBN 200215)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415-957-3000
4  Facsimile: 415-957-3001
   twmoppin@duanemorris.com
5  ggiskander@duanemorris.com

6  Attorneys for Defendants
   Koreana Plaza Market Oakland, Inc. and Byong Yu

*E-FILED - 4/25/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINE MARCOS, JOSE MORALES & JUAN GONZALEZ HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KOREANA PLAZA MARKET OAKLAND, INC., BYONG YU & DOES 1 to 10,<br><br>Defendants. | Case No. C06-07682 RMW (RS)<br><br>STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, ADR AND RULE 26 DEADLINES<br><br>[PROPOSED] ORDER<br><br>[Civil L.R. 6-2]<br><br>Complaint Filed: December 14, 2006<br><br>Current CMC: April 27, 2007<br>Proposed CMC: June 29, 2007 |

STIPULATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, ADR AND RULE 26 DEADLINES;
Case No. C06-07682 RMW

Whereas, the initial Complaint in this matter was filed on December 14, 2006, and served on defendants on January 12, 2007.

Whereas, Plaintiffs filed a First Amended Complaint on February 26, 2007.

Whereas, on March 29, 2007, Defendants filed a motion pursuant to F.R.C.P. 12(b) to dismiss, or in the alternative to stay the action and compel arbitration, said motion scheduled to be heard on June 1, 2007.

Whereas, the current Initial Case Management Conference is scheduled for April 27, 2007, prior to the hearing on Defendant's motion.

Therefore, Plaintiffs Ricardo Martine Marcos, Jose Morales, and Juan Gonzalez Hernandez, and Defendants Koreana Plaza Market Oakland, Inc., and Byong Yu, by and through their attorneys, hereby AGREE and STIPULATE:

1. To continue the Initial Case Management Conference, currently set for April 27, 2007, to June 29, 2007;

2. To continue all ADR and Rule 26 deadlines accordingly.

Dated: April 11, 2007

DAL BON & WANG

By: /s/ Adam Wang

Attorneys for Plaintiffs
Marcos, Morales, and Hernandez

Dated: April 12, 2007

DUANE MORRIS LLP

By: /s/
Timothy W. Moppin
Gregory G. Iskander

Attorneys for Defendants
Koreana Plaza Market Oakland, Inc. and Byong Yu

## ORDER

Upon the Stipulation of the Parties and for Good Cause appearing, the Initial Case Management Conference shall be continued from April 27, 2007, to June 29, 2007. All ADR and Rule 26 disclosures shall continue accordingly.

**SO ORDERED.**

Dated this __25__ day of __April__, 2007

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge

DMI\1090263.1