| | |
|---|---|
| 1 | Timothy W. Moppin (SBN 133363) |
| 2 | Gregory G. Iskander (SBN 200215) |

Timothy W. Moppin (SBN 133363)
Gregory G. Iskander (SBN 200215)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415-957-3000
Facsimile: 415-957-3001
twmoppin@duanemorris.com
ggiskander@duanemorris.com

Attorneys for Defendants
Koreana Plaza Market Oakland, Inc. and Byong Yu

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/18/08*

RICARDO MARTINE MARCOS, JOSE MORALES & JUAN GONZALEZ HERNANDEZ,

Plaintiffs,

v.

KOREANA PLAZA MARKET OAKLAND, INC., BYONG YU & DOES 1 to 10,

Defendants.

Case No. C06-07682 RMW (RS)

**STIPULATION FOR CONTINUANCE OF ADR DEADLINE**

[xxxxxxxxxxxxx] ORDER

Current ADR Deadline: January 8, 2008
Proposed ADR Deadline: February 5, 2008

---

STIPULATION FOR CONTINUANCE OF ADR DEADLINE; Case No. C06-07682 RMW

On October 10, 2007, the Court ordered the parties to mediation pursuant to a Stipulation Selecting ADR Process, with the mediation to be completed within 90 days, or January 8, 2008.

Due to difficulties on the part of the mediator in scheduling the mediation, the mediator, and the parties, require additional time to complete the mediation.

Therefore, Plaintiffs Ricardo Martine Marcos, Jose Morales, and Juan Gonzalez Hernandez, and Defendants Koreana Plaza Market Oakland, Inc., and Byong Yu, by and through their attorneys, hereby AGREE and STIPULATE to continue the ADR deadline to February 5, 2008.

Dated: December 11, 2007          DAL BON & WANG

                                  By:____s/Adam Wang_____
                                        Adam Wang

                                  Attorneys for Plaintiffs
                                  Marcos, Morales, and Hernandez

Dated: December 11, 2007          DUANE MORRIS LLP

                                  By:____s/Gregory G. Iskander____
                                        Timothy W. Moppin
                                        Gregory G. Iskander

                                  Attorneys for Defendants
                                  Koreana Plaza Market Oakland, Inc. and Byong Yu

### ORDER

Upon the Stipulation of the Parties and for Good Cause appearing, the ADR completion deadline shall be continued to February 5, 2008.

**SO ORDERED.**

Dated this 18 day of January, 2008

*Ronald M. Whyte*
United States District Court Judge