Timothy W. Moppin (SBN 133363)
Gregory G. Iskander (SBN 200215)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415-957-3000
Facsimile: 415-957-3001
twmoppin@duanemorris.com
ggiskander@duanemorris.com

Attorneys for Defendants
Koreana Plaza Market Oakland, Inc. and Byong Yu

*E-FILED - 2/12/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO MARTINE MARCOS, JOSE MORALES & JUAN GONZALEZ HERNANDEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KOREANA PLAZA MARKET OAKLAND, INC., BYONG YU & DOES 1 to 10,<br><br>Defendants. | Case No. C06-07682 RMW (RS)<br><br>**STIPULATION FOR CONTINUANCE OF TRIAL AND PRE-TRIAL DEADLINES**<br><br>**[] ORDER**<br><br>[Civil L.R. 6-2]<br><br>Current Trial: August 11, 2008<br>Proposed Trial: February 9, 2009 |

---
STIPULATION FOR CONTINUANCE OF TRIAL AND PRE-TRIAL DEADLINES; [] ORDER; Case No. C06-07682 RMW

At the Case Management Conference held on July 6, 2007, the Court set the following schedule:

September 11, 2007 – Deadline for ADR selection

January 30, 2008 – Fact Discovery Cut-Off

March 14, 2008 – Expert Reports

April 15, 2008 – Expert Rebuttal Reports

May 30, 2008 – Expert Discovery Cut-Off

June 27, 2008 – Deadline for Hearings on Dispositive Motions

July 31, 2008 – Pre-Trial Conference

August 11, 2008 – Trial

On October 10, 2007, the Court ordered the parties to mediation pursuant to the parties' stipulation, with the mediation to be completed by January 8, 2008.

On January 18, 2008, at the request of the mediator, and pursuant to the parties' stipulation, the Court continued the mediation deadline to February 5, 2008.

The parties participated in a mediation session on January 31, 2008.

The parties were unable to settle the matter at the mediation session, and the parties and the mediator agreed to seek a continuance of the mediation for a further session on April 2, 2008, in order to allow the parties to undertake further fact discovery.

Therefore, Plaintiffs Ricardo Martine Marcos, Jose Morales, and Juan Gonzalez Hernandez, and Defendants Koreana Plaza Market Oakland, Inc., and Byong Yu, by and through their attorneys, hereby AGREE and STIPULATE:

To continue the mediation deadline, Pre-Trial deadlines, Pre-Trial Conference, and Trial as follows:

April 18, 2008  - Mediation to be completed

July 25, 2008 - Fact Discovery Cut-Off

September 26, 2008 – Expert Reports

October 24, 2008 – Expert Rebuttal Reports

November 26, 2008 – Expert Discovery Cut-Off

1

|   |   |   |
|---|---|---|
| 1 | January 30, 2009 – Deadline for Hearings on Dispositive Motions | |
| 2 | February 19, 2009 – Pre-Trial Conference | |
| 3 | March 9, 2009 – Trial | |

Dated: February 8, 2008                         DAL BON & WANG

By: /s/ Adam Wang
        Adam Wang

Attorneys for Plaintiffs
Marcos, Morales, and Hernandez

Dated: February 8, 2008                         DUANE MORRIS LLP

By: /s/ Gregory G. Iskander
        Timothy W. Moppin
        Gregory G. Iskander

Attorneys for Defendants
Koreana Plaza Market Oakland, Inc. and Byong Yu

## **ORDER**

Upon the Stipulation of the Parties and for Good Cause appearing, the mediation deadline, Pre-Trial deadlines, Pre-Trial Conference, and Trial are hereby continued as follows:

April 18, 2008  - Mediation to be completed

July 25, 2008 - Fact Discovery Cut-Off

September 26, 2008 – Expert Reports

October 24, 2008 – Expert Rebuttal Reports

November 26, 2008 – Expert Discovery Cut-Off

January 30, 2009 – Deadline for Hearings on Dispositive Motions

February 19, 2009 – Pre-Trial Conference

March 9, 2009 – Trial

**SO ORDERED.**

Dated this  12  day of  February , 2008

*Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Court Judge

DM1\1287669.1

2