IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICARDO M. MARCOS, et al.,

    Plaintiffs,

    v.

KOREANA PLAZA MARKET OAKLAND, INC., et al.,

    Defendants.

***E-FILED - 5/22/08***

CASE NO.: C-06-07682-RMW

**CLERK'S NOTICE RE: SETTLEMENT**

    The Court having been notified on April 21, 2008 that the parties have reached a settlement. The Court will vacate the pretrial and trial dates. The parties are advised that a Case Management Conference has been set for **June 6, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

    If the settlement is **final**, counsel are required to file a dismissal with the Court by June 2, 2008 and contact the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: May 22, 2008

By: *[signature]*
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2
3  Copy of Order E-Filed to Counsel of Record:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28